**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-3336

OUMAR SOUMARE and KALIDOU DEH

Plaintiffs,

v.

CR LOWRY COMMUNITIES, LLC; GREP SOUTHWEST, LLC dba NOVI AT LOWRY; GREYSTAR MANAGEMENT SERVICES, LLC; GREYSTAR WORLDWIDE, LLC; and COLUMBIA DEBT RECOVERY

Defendants.

---

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**

---

Defendants, **CR LOWRY COMMUNITIES, LLC; GREP SOUTHWEST, LLC dba NOVI AT LOWRY; GREYSTAR MANAGEMENT SERVICES, LLC; GREYSTAR WORLDWIDE, LLC;** ("Novi Defendants") **and COLUMBIA DEBT RECOVERY** ("Columbia Defendant"), by and through Novi Defendants' attorneys, **EMILY ANN SWANSON and FRANK ERNEST CARRASCO**, of the law firm of **LASATER & MARTIN, P.C.**, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, states as follows:

**UNDERLYING FACTS**

1. On or about June 14, 2026, Plaintiffs Oumar Soumare and Kalidou Deh ("Plaintiffs") initiated a civil action against Defendants in the District Court for the City

and County of Denver Colorado, Case number 2026CV32182. *See,* Plaintiff's Complaint, attached as **Exhibit A**.

2. Concurrently with filing the Complaint, Plaintiff filed a civil case cover sheet (the "Cover Sheet") indicating that they were "seeking a monetary judgment against another party for more than $100,000.00" A copy of the Cover sheet is attached hereto as **Exhibit B.**

3. Plaintiffs filed their Amended Complaint and Jury Demand on June 22, 2026. A copy of such is attached hereto as **Exhibit C.**

4. Columbia Defendant has not yet retained counsel in this matter; however, counsel for Novi Defendants conferred with the authorized representative for Columbia Defendant who affirmed Columbia Defendant's consent to this removal action. Accordingly, all named Defendants in this action consent to the removal action as required by 28 U.S.C.S. §1446(b)(2)(A).

5. Plaintiffs served Defendant Greystar Worldwide, LLC. on July 7, 2026, A copy of the Return of Service is attached hereto as **Exhibit D.**

6. Plaintiffs served the remaining of the named Defendants in this action earlier, on June 23, 2026. A copy of the Returns of Service is attached hereto as **Exhibits E-H.** Accordingly, this Notice of Removal is being filed within the time limits of 28 U.S.C.S. § 1446(b)(3)

7. Pursuant to 28 U.S.C.S. §1446(d), a copy of this notice of removal is being contemporaneously filed with the clerk of the City and County of Denver Court and a

copy has been served on Plaintiffs as indicated in the below certificate of service. A copy of the notice to the City and County of Denver District Court is attached hereto as **Exhibit I.**

8. Pursuant to 28 U.S.C.S. § 1441, the U.S. District Court for the District of Colorado is the appropriate court for removal of this action because it embraces the City and County of Denver District Court, where this action is pending.

## JURISDICTIONAL BASIS

9. Pursuant to 28 U.S.C.S. §1332, this Court has original jurisdiction over this matter as it is between citizens of different states or citizens of a foreign state, and the amount in controversy exceeds $100,000.00.

a. **Diversity of Citizenship**

10. Plaintiffs are residents of the State of Colorado. **Exhibit C** at ¶ 1.

11. Defendant CR Lowry Communities, LLC, is a Delaware limited liability company with its principal place of business at 444 W Beech St. Ste 300, San Diego, California 92101. **Exhibit C** at ¶ 2.

12. Defendant GREP Southwest, LLC dba Novi at Lowry is a Delaware foreign limited liability company with its principal place of business at 465 Meeting Street, Suite 500, Charleston, South Carolina 29403. **Exhibit C** at ¶ 3.

13. Defendant Greystar Management Services, LLC, a wholly owned subsidiary of Greystar Worldwide, LLC, is a Delaware foreign limited liability company with its

principal place of business at 465 Meeting Street , Suite 500, Charleston, South Carolina 29403. **Exhibit C** at ¶ 4.

14. Defendant Columbia Debt Recovery, LLC, dba Genesis, is a Washington limited liability company with its principal place of business in SE Everett Mall Way, Suite 301, Everett, Washington 98208. **Exhibit C** at ¶ 5.

15. For purposes of diversity of citizenship requirements, a corporation is deemed a "citizen of every State and foreign state in which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C.S. §1332(c)(1).

16. Accordingly, as no named Defendant is a citizen of the state of Colorado, and Plaintiffs are residents of Colorado, there is complete diversity of citizenship between the parties for purposes of removal. 28 U.S.C.S. § 1441(b).

b. **Amount in Controversy Exceeds $75,000**

17. A Federal Court has diversity jurisdiction when there is complete diversity of citizenship among the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000. *Stuart v. Colo. Interstate Gas Co.*, 271 F. 3d 1221, 1224 (10th Cir. 2001). Generally, the amount in controversy may be determined by the allegations contained in the complaint or, if not dispositive, by the allegations in the Notice of Removal. *Laughlin v. K-Mart Corp.*, 50 F. 3d 871, 873 (10th Cir. 1995); *Martin v. Franklin Capital Corp.*, 251 F. 3d 1284, 1290 (10th Cir. 2001). Additionally the Colorado state civil cover sheet is sufficient to establish that the amount in controversy exceeds the

jurisdictional amount when Plaintiff of his/her attorney represents the amount at issue exceeds $100,000. See *Paros Props, LLC v. Colo. Cas. Ins. Co.*, 835 F. 3d 1264, 1272-73 (10th Cir. 2016) (holding that a civil cover sheet is an "other paper" under §1446(b)(3)).

18. Here, Plaintiffs indicated on the Cover Sheet filed with the City and County of Denver District Court that they seek to recover an amount in excess of $100,000, exclusive of interest and costs, which is sufficient by itself to establish the amount in controversy for purposes of diversity jurisdiction. *See* **Exhibit B.**

19. Accordingly, as there is complete diversity between the Plaintiffs and the defendants, the amount in controversy exceeds $75,000.00 and notice of removal is being filed within 30 of service, this Notice of Removal is proper and timely under 28 U.S.C.S. §§ 1332, 1441, and 1446.

Dated this 23rd day of July 2026.

Respectfully submitted,

**LASATER & MARTIN, P.C.**

By: */s/ Frank E. Carrasco*
Emily Ann Swanson
Frank Ernest Carrasco
5251 DTC Parkway, Suite 800
Greenwood Village, CO 80111
Telephone: 303-730-3900
Facsimile: 303-730-3939
E-mail: Emily@LasaterandMartin.com
Frank@LasaterandMartin.com
*Attorneys for Defendants CR LOWRY COMMUNITIES, LLC; GREP SOUTHWEST, LLC dba NOVI AT*

*LOWRY; GREYSTAR MANAGEMENT SERVICES, LLC; GREYSTAR WORLDWIDE, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT** was electronically filed on July 23, 2026, using the CM/ECF system and served to all Counsel of Record.

Meredith Quinlivan
9605 S. Kingston Court, Ste 200
Englewood, CO 80112
(720) 473-7647
mquinlivan@goodspeedmerrill.com
Attorney for Plaintiffs Oumar Soumare and Kalidou Deh

/s/ Marie Kosmos
Marie Kosmos