**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-3336

OUMARE SOUMARE and KALIDOU DEH

Plaintiff,

v.

CR LOWRY COMMUNITIES, LLC; GREP SOUTHWEST, LLC dba NOVI AT LOWRY; GREYSTAR MANAGEMENT SERVICES, LLC; GREYSTAR WORLDWIDE LLC; and COLUMBIA DEBT RECOVERY

Defendants.

---

**DEFENDANT COLUMBIA DEBT RECOVERY, LLC CITIZENSHIP DISCLOSURE STATEMENT**

---

Defendant, **COLUMBIA DEBT RECOVERY, LLC,** by and through its attorney, **FRANK CARRASCO**, of the law firm **LASATER & MARTIN, P.C.**, and pursuant to Fed.R.Civ.P. 7.1(a)(2), states the following:

1. This action is based on diversity jurisdiction under 28 U.S.C. § 1332(a).

2. Columba Debt Recovery, LLC has three members: William Wojdak, Matt Aresneault, and William Josephson.

3. William Wojdak owns 82% of Columbia Debt Recovery, LLC and is a resident of the State of Washington.

4. Matt Aresneault owns 9.9% of Columbia Debt Recovery, LLC and is a resident of the State of Massachusetts.

5. William Josephson owns 9.9% of Columbia Debt Recovery, LLC and is a resident of Connecticut.

6. Defendant Columbia Debt Recovery, LLC represents to this Court that corporate Defendant, Columbia Debt Recovery, LLC, is a citizen of Washington, Massachusetts and Connecticut.

Dated this 3rd day of August 2026.

Respectfully submitted,

**LASATER & MARTIN, P.C.**

By: */s/ Frank E. Carrasco*
Frank Carrasco
5251 DTC Parkway, Suite 800
Greenwood Village, CO 80111
Telephone: 303-730-3900
Facsimile: 303-730-3939
E-mail: Frank@LasaterandMartin.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **DEFENDANT COLUMBIA DEBT RECOVERY, LLC CITIZENSHIP DISCLOSURE STATEMENT** was electronically filed on August 3, 2026, using the CM/ECF system and served to all Counsel of Record.

Meredith Quinlivan
9605 S. Kingston Court, Ste 200
Englewood, CO 80112
(720) 473-7647
mquinlivan@goodspeedmerrill.com
*Attorney for Plaintiffs Oumar Soumare and Kalidou Deh*

/s/ Marie Kosmos
Marie Kosmos