**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**OUMAR SOUMARE and KALIDOU DEH**

Plaintiff,

vs.

**CR LOWRY COMMUNITIES, LLC; GREP SOUTHWEST, LLC dba NOVI AT LOWRY; GREYSTAR MANAGEMENT SERVICES, LLC; GREYSTAR WORLDWIDE, LLC; and COLUMBIA DEBT RECOVERY**

Case No. 1:26-cv-3336

Defendants.

---

**DEFENDANT COLUMBIA DEBT RECOVERY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED SCHEDULING ORDER**

---

Defendant Columbia Debt Recovery, through the undersigned attorneys, respectfully moves this Court under F.R.C.P. 6(b) and D.C.Colo.LCivR 6.1 for an extension of the deadline to file the parties' Joint Proposed Scheduling Order, and in support thereof, states as follows:

1. The current deadline to file the Joint Proposed Scheduling Order is October 8, 2026.

2. Defendant Columbia Debt Recovery requests that the deadline be extended through and including November 7, 2026.

3. The undersigned attorney was recently retained to represent Columbia Debt Recovery and entered their appearance three (3) days ago, on October 5, 2026.

4. The requested extension will allow newly retained counsel sufficient time to become familiar with the pleadings, claims, defenses, and anticipated discovery; confer meaningfully with counsel for the multiple parties; and participate in preparing a complete and useful Joint Proposed Scheduling Order.

5. There have been no prior extensions of this deadline.

6. The requested extension is made in good faith and not for purposes of delay.

7. The requested extension will not alter any other deadline or hearing unless the Court ordered otherwise.

8. Pursuant to D.C.Colo.LCivR 7.1(a), the undersigned counsel conferred or made reasonably, good-faith efforts to confer with all other parties concerning the relief requested in this motion.

9. The following parties have agreed to the requested extension: Oumar Soumare and Kalidou Deh (Plaintiffs); and CR Lowry Communities, LLC; GREP Southwest, LLC; Management Services, LLC; and Greystar Worldwide, LLC (co-Defendants).

10. No parties oppose the requested extension.

11. Because the current deadline is the date of this Motion, and the positions of all parties could not be obtained before filing, Defendant Columbia Debt respectfully submits this Motion based on the positions stated above.

WHEREFORE, Defendant Columbia Debt Recovery respectfully requests that this Court extend the deadline for the parties to file their Joint Proposed Scheduling Order from October 8, 2026, through and including November 7, 2026, and grant any other such relief as this Court deems appropriate.

Dated: October 8, 2026

Respectfully Submitted,

**QUINTAIROS, PRIETO, WOOD, & BOYER, P.A.**

*Renee Franchi, Esq.*
Renee Franchi, #58351
1099 18th Street, Suite 1800
Denver, CO 80202
720-798-1620, x4416
Renee.Franchi@qpwblaw.com
*Counsel for Movant/ Defendant*
*Columbia Debt Recovery*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2026, a true and correct copy of the foregoing was filed with the Court and served via ECF to the following:

All counsel of record

*/s/ Renee Franchi*